THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. DOWNES, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Downes* v. *Greene*, 96 App. Div. 1, affirmed.
(Argued April 10, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1904, which quashed a writ of certiorari to review the proceedings of the police commissioner of the city of New York in dismissing the relator from the police force and affirmed such proceedings.

*Henry H. Pierce* and *Phœnix Ingraham* for appellant.

*John J. Delany*, Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.